UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CECILLE ROCKETT et al**,

    **Plaintiff,**

v.

**MICHAEL RENTH, et al**,

    **Defendants.**              No. 14-cv-687-DRH

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 31, 2016, this case is **DISMISSED** with prejudice.

                         JUSTINE FLANAGAN,
                         ACTING CLERK OF COURT


                         BY:      /s/*Caitlin Fischer*
                                   **Deputy Clerk**

Dated: August 5, 2016

Judge Herndon
2016.08.05
09:39:11 -05'00'

APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT